# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANZBERRO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OCWEN MORTGAGE SERVICING, INC. et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:17-cv-00644-LJO-SKO<br><br>**ORDER DIRECTING CLERK TO TERMINATE DEFENDANT OCWEN MORTGAGE SERVICING, INC.**<br><br>**(Doc. 13)** |

　　　On July 13, 2017, Plaintiff filed a Notice of Voluntary Dismissal of Defendant Ocwen Mortgage Servicing, Inc. Only, Without Prejudice Pursuant to F.R.C.P. 41(a). (Doc. 13.) Plaintiff filed this notice of dismissal before Defendant Ocwen Mortgage Servicing, Inc. served either an answer or a motion for summary judgment.  As such, Plaintiff has voluntarily dismissed Defendant Ocwen Mortgage Servicing, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Court therefore DIRECTS the Clerk to terminate Defendant Ocwen Mortgage Servicing, Inc. on the docket for this case.

IT IS SO ORDERED.

Dated: __**July 14, 2017**__　　　　　　　　　　　　　／s／ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE