1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

Joseph Sanzberro,

        Plaintiff,

  v.

Ocwen Loan Servicing, LLC,

        Defendant.

Case No. 1:17-cv-00644-LJO-SKO

**ORDER GRANTING STIPULATION TO CONTINUE HEARING AND BRIEFING DATES RELATING TO DEFENDANT'S MOTION TO STAY PROCEEDINGS**

Based on the Joint Stipulation of the Parties to vacate and continue the hearing currently scheduled for July 31, 2017 on Ocwen Loan Servicing LLC's Motion to Stay Proceedings Pending Ruling by the United States Court of Appeals for the D.C. Circuit (Docket No. 10) in the above-entitled action, and for good cause showing:

IT IS HEREBY ORDERED that the hearing on the Motion to Stay is VACATED and will be re-set with Defendant's anticipated Motion to Dismiss Plaintiff's Amended Complaint.  Defendant's reply brief in support thereof will be submitted in accordance with the new hearing date.  If no Motion to Dismiss is filed, Defendant shall either re-notice or withdraw the motion to stay within ten (10) days of the expiration of any deadline to respond to the Amended Complaint.

IT IS SO ORDERED.

Dated: **July 24, 2017**             **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE