# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANZBERRO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | Case No.: 1:17-cv-00644-DAD-EPG<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>(ECF No. 61) |

Plaintiff, Joseph Sanzberro, and Defendant, Ocwen Loan Servicing, LLC, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 61). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:　**October 22, 2018**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE